NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

04-0772

STATE OF LOUISIANA
IN THE INTEREST OF A.L.

************

APPEAL FROM THE
TWENTY-SEVENTH JUDICIAL DISTRICT COURT,
PARISH OF ST. LANDRY, NO. 03-J-2901-D,
HONORABLE DONALD HEBERT, DISTRICT JUDGE

************

JIMMIE C. PETERS
JUDGE

************

Court composed of Jimmie C. Peters, Michael G. Sullivan, and John B. Scofield,[*] Judges.

**AFFIRMED.**

Vanessa Harris-Kennerson
Assistant District Attorney
1015 North Main Street
Opelousas, LA  70570
(337) 942-6788
COUNSEL FOR PLAINTIFF/APPELLEE:
        State of Louisiana

Alfred V. Pavy Boudreaux
Attorney at Law
116 W. Bellevue Street

---

[*]John B. Scofield participated in this decision by appointment of the Louisiana Supreme Court as judge pro tempore.

**Opelousas, LA 70570**
**(337) 942-3466**
**COUNSEL FOR:**
      **A.L. (Minor Child)**

**Chad Pitre**
**Attorney at Law**
**111 N. Court Street**
**Opelousas, LA 70570**
**(337) 942-8587**
**COUNSEL FOR DEFENDANT/APPELLEE:**
      **An.L. (Father)**

**L. Kimberly Morrow**
**Attorney at Law**
**111 N. Court Street**
**Opelousas, LA 70570**
**(337) 948-8006**
**COUNSEL FOR DEFENDANT/APPELLANT:**
      **R.N. (Mother)**